# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

*For Internal Use Only*

| Receipt | 254695 |
|---|---|
| Trans | 166336 |

Received From: **COUNTY OF MAUI**
Case Number:
Reference Number: **CV 11-130LEK**

|  | Check | 350.00 |
|---|---|---|
|  | Total | 350.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| CV FILING FEE | 086900 | 1 | 60.00 |
| CV FILING FEE | 510000 | 1 | 190.00 |
| CV FILING FEE | 086400 | 1 | 100.00 |
|  | **Total** | | **350.00** |
|  | Tend | | 350.00 |
|  | Due | | 0.00 |

03/02/2011 02:25:41 PM      Deputy Clerk:  et/ET