```
DEPARTMENT OF THE CORPORATION COUNSEL    205

PATRICK K. WONG        5878
Corporation Counsel
MOANA M. LUTEY         6385
RICHARD B. ROST        7947
Deputies Corporation Counsel
County of Maui
200 S. High Street
Wailuku, Hawaii 96793
Phone:   (808) 270-7741
Facsimile: (808) 270-7152
E-mail address: moana.lutey@co.maui.hi.us
```
S:\ALL\MML\CIV\Nakagawa\Discovery\COS.initial disclosures.wpd

Attorneys for Defendants
COUNTY OF MAUI and MAUI POLICE DEPARTMENT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSHUA NAKAGAWA,               )<br>                                )<br>         Plaintiff,             )<br>                                )<br>    vs.                         )<br>                                )<br>COUNTY OF MAUI; MAUI POLICE)<br>DEPARTMENT; DOE DEFENDANTS 1-100)<br>AND DOE ENTITIES 1-100,         )<br>                                )<br>         Defendants.            )<br>_____) | CIVIL NO. CV 11-00130 LEK BMK<br>(Other Non-motor vehicle tort)<br><br>CERTIFICATE OF SERVICE RE: COUNTY DEFENDANTS' INITIAL DISCLOSURES |

**CERTIFICATE OF SERVICE RE: COUNTY
DEFENDANTS INITIAL DISCLOSURES**

I HEREBY CERTIFY that a true and correct copy of County Defendants' Initial Disclosures was duly served on March 22, 2011, upon the following party, by depositing same in the U.S. Mail, postage prepaid, at his last known address:

    Michael Jay Green, Esq.
    841 Bishop Street, Suite 2201
    Honolulu, Hawaii 96813
    (Attorney for Plaintiff)

DATED: Wailuku, Maui, Hawaii, March 22, 2011.

        PATRICK K. WONG
        Corporation Counsel
        Attorney for Defendants
          COUNTY OF MAUI and
          MAUI POLICE DEPARTMENT


By   /s/ Moana M. Lutey
    MOANA M. LUTEY
    Deputy Corporation Counsel