**ORIGINAL**

MICHAEL JAY GREEN  4451
841 Bishop Street, Suite 2201
Honolulu, Hawaii 96813
Telephone: (808) 521-3336
Fax: 808-566-0347
Email:
michaeljgreen@hawaii.rr.com

Attorney for Plaintiff
JOSHUA NAKAGAWA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 22 2011

at __3__ o'clock and __33__ min. __P__ M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSHUA NAKAGAWA,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; MAUI POLICE DEPARTMENT; DOE DEFENDANTS 1-100 AND DOE ENTITIES 1-100,<br><br>　　　Defendants. | CIVIL NO. 11-00130 LEK BMK<br>(Other Non-motor vehicle tort)<br><br>PLAINTIFF JOSHUA NAKAGAWA'S SCHEDULING CONFERENCE STATEMENT; CERTIFICATE OF SERVICE<br><br>Date: March 28, 2011<br>Time: 9:00 a.m.<br>Judge: Honorable Barry M. Kurren |

## PLAINTIFF JOSHUA NAKAGAWA'S SCHEDULING CONFERENCE STATEMENT

Plaintiff Joshua Nakagawa (hereinafter "Nakagawa"), by and through his attorney, Michael Jay Green, Esq., hereby submits his scheduling conference statement pursuant to Rule LR 16.2(b) of the Rules of the United States District Court for the District of Hawaii, as follows:

## I. STATEMENT AND NATURE OF THE CASE

On or about July 18, 2010, Nakagawa attended a party with friends at Punalau Beach, otherwise known as "Windmill Beach," in West Maui. While there, Nakagawa was attacked by unknown individuals and received numerous injuries. As Austin Pierman transported Nakagawa to the hospital in a vehicle containing numerous teenagers, he allegedly sideswiped a Maui police officer. After the vehicle passed other Maui police officers, those officers fired their weapon into the vehicle and struck Plaintiff Nakagawa three times in the back.

Defendant County of Maui, Maui Police Department, and unnamed Police Officers, as employees, agents, associates, and/or representatives of the County of Maui, used excessive force against Plaintiff Nakagawa and in doing so, violated his civil rights.

## II. STATEMENT OF JURISDICTION AND VENUE

Parties are in agreement that venue and jurisdiction are proper in this matter. Jurisdiction is based upon a federal question. Venue is appropriate because the Defendants reside in the State of Hawaii and the events complained of occurred in the State of Hawaii.

## III. JURY TRIAL

A jury trial has been demanded.

## IV. DISCLOSURES

Disclosures will be made in accordance with the discovery deadlines set by the Court and the applicable rules.

## V. DISCOVERY COMPLETED, IN PROGRESS, MOTIONS

No discovery has been conducted. The parties participated in a planning meeting on March 7, 2011 via telephone. The parties agreed to standard discovery pursuant to the Federal Rules of Civil Procedure.

## VI. SPECIAL PROCEEDINGS/SPECIAL PROCEDURES

There are no special procedures anticipated.

## VII. RELATED CASES

There are no related cases.

## VIII. ADDITIONAL MATTERS

At this time, Plaintiff is not aware of any other matters that should be brought to the attention of this Court.

DATED: Honolulu, Hawaii, March 22, 2011.

_____
MICHAEL JAY GREEN
Attorney for Plaintiff
JOSHUA NAKAGAWA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOSHUA NAKAGAWA,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF MAUI; MAUI POLICE DEPARTMENT; DOE DEFENDANTS 1-100 AND DOE ENTITIES 1-100,<br><br>Defendants. | CIVIL NO. 11-00130 LEK BMK<br>(Other Non-motor vehicle tort)<br><br>CERTIFICATE OF SERVICE |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing will be duly served upon the following party by personal delivery, facsimile, electronically, or by placing same in the court jacket:

> PATRICK K. WONG
> Corporation Counsel
> MOANI M. LUTEY
> RICHARD B. ROST
> Deputies Corporation Counsel
> County of Maui
> 200 South High Street
> Wailuku, Maui, Hawaii 96793
> (Attorney for County Defendants)

DATED: Honolulu, Hawaii, March 22, 2011.

MICHAEL JAY GREEN
Attorney for Plaintiff
JOSHUA NAKAGAWA