# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV. NO. 11-00130 LEK-BMK |
| CASE NAME: | Joshua Nakagawa v. County of Maui; Maui Police Department, et al. |
| ATTYS FOR PLA: | Caprice R. Itagaki for Michael J. Green |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C7 no record |
| DATE: | 3/28/2011 | TIME: | 9:10-9:19 a.m. |

COURT ACTION:  EP:  Rule 16 Scheduling Conference held.  Court to prepare order.

1. Jury trial on February 14, 2012 at 9:00 a.m. before LEK
2. Final Pretrial Conference on January 3, 2012 at 9:00 a.m. before BMK
3. Final Pretrial Conference before District Judge N/A
4. Final Pretrial Statement by December 27, 2011
5. File motions to Join/Add Parties/Amend Pleadings by July 15, 2011
6. File other Non-Dispositive Motions by November 16, 2011
7. File Dispositive Motions by September 14, 2011
8a. File Motions in Limine by January 24, 2012
8b. File opposition memo to a Motion in Limine by January 31, 2012
11a. Plaintiff's Expert Witness Disclosures by August 15, 2011
11b. Defendant's Expert Witness Disclosures by September 14, 2011
12. Discovery deadline December 16, 2011
13. Settlement Conference set for November 10, 2011 at 10:00 a.m. before BMK
14. Settlement Conference statements by November 3, 2011
20. Submit Voir Dire Questions, Special Verdict Form, Concise Statement of Case and Jury Instructions by January 31, 2012
21. File Final witness list by January 24, 2012
24. Exchange Exhibit and Demonstrative aids by January 17, 2012
25. Stipulations re: Authenticity/Admissibility of Proposed Exhibits by January 24, 2012
26. File objections to the Exhibits by January 31, 2012
28a. File Deposition Excerpt Designations by January 24, 2012
28b. File Deposition Counter Designations and Objections by January 31, 2012
29. File Trial Brief by January 31, 2012

30. File Findings of Fact & Conclusions of Law by N/A

Other Matters: None.

cc:  Tammy Kimura

Submitted by kur2, law clerk.

CV. NO. 11-00130 LEK-BMK;
Joshua Nakagawa v. County of Maui; Maui Police Department, et al.;
Rule 16 Scheduling Conference Minutes
3/28/2011